# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Hammond,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:07cv185-2

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/10/07 Order.

                                                  Signed: May 10, 2007

Frank G. Johns, Clerk
United States District Court